UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELVIN ROBERT MOSLEY,

    Defendant.

Case: 4:23-cr-20605
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 10-25-2023 At 04:38 PM
INDI USA v. Melvin Mosley (krc)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Distribution of Fentanyl
### (21 U.S.C. § 841(a)(1))

On or about September 27, 2023, in the Eastern District of Michigan, Melvin Robert Mosley knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

1

## COUNT TWO
### Distribution of Fentanyl
### (21 U.S.C. § 841(a)(1))

On or about October 16, 2023, in the Eastern District of Michigan, Melvin Robert Mosley knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT THREE
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about October 16, 2023, in the Eastern District of Michigan, Melvin Robert Mosley knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all

2

property involved in, or property traceable to, the violations alleged in this Indictment.

|  |  |
|---|---|
| Dated: October 25, 2023 | **THIS IS A TRUE BILL.** |
|  | s/Grand Jury Foreperson |
|  | GRAND JURY FOREPERSON |
| DAWN N. ISON |  |
| United States Attorney |  |
|  |  |
| s/Anthony P. Vance | s/William Orr for |
| ANTHONY P. VANCE | TIMOTHY M. TURKELSON |
| Assistant United States Attorney | Assistant United States Attorney |
| Chief, Branch Offices | 600 Church Street, Suite 210 |
|  | Flint, MI 48502 |
|  | Telephone number: (810) 766-5177 |
|  | Timothy.turkelson@usdoj.gov |

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    ☑ No

Case: 4:23-cr-20605
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 10-25-2023 At 04:38 PM
INDI USA v. Melvin Mosley (krc)

**Case Title:** USA v. Melvin Robert Mosley

**County where offense occurred:** Genesee

**Check One:**   ☑ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- no prior complaint.
_X_ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30416 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 25, 2023
_____
Date

_William Ortiz_, for
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013